PAUL H. TANNENBAUM, Appellant, v. KENNETH H. LEEDS, Respondent.— In an action to recover the payment made on account of the purchase price of real property, to recover the expenses of a title search, and to impress a vendee's lien therefor, the appeal is from a judgment dismissing the complaint at the close of the plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ.

## (March 14, 1960)

In the Matter of the Construction of the Will of GULLABI GULBENKIAN, Deceased. CHOUCHANE BALIOZIAN, Appellant-Respondent; ARAXIA BUCKHANTZ et al., Respondents-Appellants; GULLABI GULBENKIAN FOUNDATION et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

In the Matter of HARRY C. BRENNER, as District Attorney of the County of Suffolk, Respondent, against GREAT COVE REALTY Co., INC., et al., Appellants, and REALTY ASSOCIATES, INC., et al., Respondents.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

In the Matter of the Estate of LOUISA BROOKES, Deceased. GEORGINA RYAN, as Executrix of LOUISA BROOKES, Deceased, Appellant; DAVID P. BROOKES, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

In the Matter of HASKELL-GILROY, INC., Appellant, against JAMES W. YOUNG et al., Constituting the Board of Education of Union Free School District No. 5, Towns of Islip-Brookhaven, Suffolk County, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

In the Matter of JAMES J. MULDOON et al., Respondents, against WILLIAM F. LUDDY et al., Constituting the Board of Elections and the County Board of Canvassers of the County of Westchester, Respondents, and MICHAEL A. MAGNOTTA, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

MONTI MARINE CORP., Respondent, v. CHARLES ANDERSON, as President of Brotherhood of Painters, Decorators and Paperhangers of America, Local 679, AFL-CIO, et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH S. WACHTEL, Appellant.— Motion for a stay denied. Motion to dismiss appeal granted and appeal dismissed. Present — Beldock, Ughetta, Kleinfeld and Brennan, JJ.; Nolan, P. J., not voting.